IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:12CR181 |
| | § | |
| GRADY LEE VOLLINTINE (24) | § | |

## NOTICE OF PLEA AGREEMENT

Now Comes the United States of America by and through its United States Attorney and would show the Court the Defendant, GRADY LEE VOLLINTINE and the Government have entered into a written plea agreement in relation to the charges in the Information now pending before this Court.

Respectfully submitted,

JOHN M. BALES
United States Attorney

/s/ Maureen C. Smith

MAUREEN C. SMITH
Assistant United States Attorney
600 East Taylor Street, Suite 2000
Sherman, TX    75090
TX Bar No. 00787247

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was sent via CM/ECF Electronic filing to the attorney for Defendant on this the 25th day of March, 2015.

/s/ Maureen C. Smith
_____
MAUREEN C. SMITH